JUDGE HOLWELL                           07 CV 4621

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EAST ENTERPRISE AND TRANSPORT          :
ASSOCIATION LTD. c/o SCAN-TRANS SHIPPING :
AND CHARTERING SDN. BHD.,              :                07 CV _____
                        Plaintiff,     :
                                       :             ECF CASE
                                       :
     - against -                       :
                                       :
                                       :             JUN 0 1 2007
UNITED SEA LINES LTD. and OCEAN CREST  :
SHIPPING CO. INC.,                     :
                                       :
                        Defendants.    :
-----------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                        NONE.

Dated: June 1, 2007
       New York, NY

                        The Plaintiff,
                        EAST ENTERPRISE AND TRANSPORT
                        ASSOCIATION LTD. c/o SCAN-TRANS
                        SHIPPING AND CHARTERING SDN. BHD.

          By: _____
                        Patrick F. Lennon (PL 2162)
                        Nancy R. Peterson (NP 2871)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        nrp@lenmur.com
                        pfl@lenmur.com