CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| EAST ENTERPRISE AND TRANSPORT ASSOCIATION c/o SCAN-TRANS SHIPPING AND CHARTERING | : : : | |
| Plaintiff, | : : | **07-CV-4621 (RJH)** |
| v. | : : | |
| | : | **NOTICE OF** |
| UNITED SEA LINES LTD, and OCEAN CREST SHIPPING CO. INC., | : : : | **APPEARANCE** |
| Defendants. | : | |

-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 20, 2007

                      CLARK, ATCHESON & REISERT
                      Attorneys for Garnishee
                      Societe Generale New York Branch

        By: _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ  07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email:  reisert@navlaw.com