UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EAST ENTERPRISE AND TRANSPORT
ASSOCIATION c/o SCAN-TRANS SHIPPING AND
CHARTERING,

                Plaintiff,

   - against -

UNITED SEA LINES LTD. and OCEAN CREST
SHIPPING CO. INC.,

                Defendants.
------------------------------------------------------------X

07 Civ. 4621 (RJH)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

## STIPULATED ORDER DIRECTING RELEASE OF ATTACHED PROPERTY

Whereas the Plaintiff, East Enterprise and Transport Association c/o Scan-Trans Shipping and Chartering ("Scan-Trans"), and the Defendants, United Sea Lines Ltd. and Ocean Crest Shipping Co. Inc., ("Defendants") have agreed to settle their dispute in the instant matter;

Whereas Scan Trans and Defendants have entered into a settlement agreement that provides Defendants shall pay to Scan-Trans the sum of $30,000.00; and

Whereas pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, on or about June 1, 2007, Scan-Trans obtained from the Court an Ex-Parte Order of Maritime Attachment together with Process of Maritime Attachment and Garnishment that authorized the attachment of Defendants' property with the Southern District of New York in an amount up to $205,701.16; and

Whereas on or about June 27, 2007, Scan-Trans obtained an Amended Ex-Parte Order of Maritime Attachment together with Process of Maritime Attachment and Garnishment, reducing the amount sought, and which authorized the attachment of Defendants' property with the Southern District of New York in an amount up to $60,000.00; and

NYDOCS1/289257.1

Whereas, on or about June 29, 2007, Scan-Trans obtained a Second Amended Ex-Parte Order of Maritime Attachment together with Process of Maritime Attachment and Garnishment that authorized the attachment of Defendants' property with the Southern District of New York in an amount up to $60,000.00; and

Whereas Citibank, acting pursuant to the Ex-Parte Order(s) of Maritime Attachment and Garnishment, restrained and attached Defendants' property in the amount of $25,035.00; and

Whereas Scan-Trans and Defendants have agreed that Defendants should partially fund the $30,000.00 settlement to Scan-Trans from the $25,035.00 that is currently under attachment at Citibank; and

Whereas Scan-Trans and Defendants have agreed that $25,035.00 of Defendants' attached funds should be wired via electronic funds transfer by Citibank to the following bank account:

- NORDEA BANK, DENMARK
- SWIFT CODE: NDEADKKK
- USD ACCOUNT: 2510-5005953873
- IBAN NO: DK8720005005953873
- IN FAVOUR OF: MESSRS EAST ENTERPRISE & TRANSPORT ASSOCIATION
  LTD.
- REF.: United Prosperity

and;

Whereas Scan-Trans and Defendants have agreed that the remaining $4,965.00 due under the settlement agreement shall be wired via electronic funds transfer by Defendants to the above account; and

Whereas, Scan-Trans and Defendants have agreed that promptly after Scan-Trans has received confirmation from its bank that all settlement funds have been received into its designated account, Scan-Trans' New York counsel, Lennon, Murphy & Lennon, LLC, shall file a notice of dismissal in the instant action with prejudice and without costs as to any party;

NYDOCS1/289257.1

IT IS HEREBY ORDERED that garnishee Citibank shall effect an electronic funds transfer in favor of Scan-Trans in the amount of $25,035.00 which amount shall be deducted from the Defendants' property that garnishee Citibank currently holds under attachment, and that garnishee Citibank Bank shall pay this amount to the following account:

- NORDEA BANK, DENMARK
- SWIFT CODE: NDEADKKK
- USD ACCOUNT: 2510-5005953873
- IBAN NO: DK8720005005953873
- IN FAVOUR OF: MESSRS EAST ENTERPRISE & TRANSPORT ASSOCIATION LTD.
- REF.: United Prosperity

and that any bank fees associated with the transferring of settlement funds to the Scan-Trans specified account shall not be deducted from the transferred funds; and

IT IS FURTHER HEREBY ORDERED that the remaining $4,965.00 due under the settlement agreement shall be wired via electronic funds transfer by Defendants to the above account; and

IT IS FURTHER HEREBY ORDERED that promptly after Scan-Trans has received confirmation from its bank that all settlement funds have been received into the Scan-Trans' designated account, Scan-Trans' New York counsel, Lennon, Murphy & Lennon, LLC, shall file a notice of dismissal in the instant action with prejudice and without costs as to any party; and

IT IS FURTHER HEREBY ORDERED that the $30,000.00 settlement payment from Defendants', including the $25,035.00 being wired from Citibank and the remaining $4,965.00 being wired from Defendants, shall not be subject to any attachment in New York after those funds are released by garnishee(s) Citibank and/or Defendants en route to Scan-Trans' designated account.

Dated: August 28, 2007

| | |
|---|---|
| LENNON, MURPHY & LENNON, LLC<br>Attorneys for Plaintiff<br>EAST ENTERPRISE AND TRANSPORT<br>ASSOCIATION c/o SCAN-TRANS<br>SHIPPING AND CHARTERING | FREHILL, HOGAN & MAHAR, LLP<br>Attorneys for Defendants<br>UNITED SEA LINES LTD. and OCEAN CREST<br>SHIPPING CO. INC |
| By: *[signature]*<br>Nancy R. Peterson (NP 2871)<br>The Gray Bar Building<br>420 Lexington Ave., Suite 300<br>New York, New York 10170<br>(212) 490-6050 | By: *[signature]*<br>Michael E. Unger (MU 0045)<br>80 Pine Street<br>New York, New York 10005<br>(212) 425-1900 |

**SO ORDERED:**

*[signature]*
U.S.D.J.
9/5/07

NYDOCS1/289257.1