UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EAST ENTERPRISE AND TRANSPORT
ASSOCIATION c/o SCAN-TRANS SHIPPING AND
CHARTERING,
               Plaintiff,

- against -

UNITED SEA LINES LTD. and OCEAN CREST
SHIPPING CO. INC.,

               Defendants.
---------------------------------------------------------------X

07 Civ. 4621 (RJH)

ECF CASE

**RECEIVED SEP 10 — CHAMBERS OF RICHARD J. HOLWELL**

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: September 10, 2007
Southport, CT

The Plaintiff,
EAST ENTERPRISE AND TRANSPORT
ASSOCIATION c/o SCAN-TRANS SHIPPING
AND CHARTERING

By: _____
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
nrp@lenmur.com

SO ORDERED
/s/ USDJ
9/12/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07